IN THE DISTRICT COURT IN AND FOR
THE DISTRICT OF NEW HAMPSHIRE

NATHAN CARRELL,

    Plaintiff,                               CASE NO. 1:11-cv-00528-LM

GC SERVICES LIMITED PARTNERSHIP,
DLS ENTERPRISES, INC, and
GC FINANCIAL CORP.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 6th day of August, 2012.

                                              Respectfully submitted,

                                              **NATHAN CARRELL**

                                              By: /s/ John F. Skinner III
                                                   John F. Skinner III
                                                   NHBN: 19886
                                                   Skinner Law PLLC
                                                   ATTORNEYS FOR PLAINTIFF

530 Chestnut Street, 3rd Floor<br>
Manchester, NH 03101<br>
(603) 391-5668<br>
(888) 912-1497 fax<br>
attorneyskinner@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered parties, including the following:

Geoffrey Coan, NHBN #16216
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775

By: /s/ John F. Skinner III
John F. Skinner III