# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATHAN CARRELL,<br><br>    Plaintiff,<br><br>vs.<br><br>GC SERVICES L.P., DLS ENTERPRISES, INC., AND GC FINANCIAL CORP.<br><br>    Defendants. | CIVIL ACTION NO. 1:11-cv-00528-LM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the plaintiff hereby voluntarily dismisses all claims against the defendants GC Services L.P., DLS Enterprises, Inc. and GC Financial Corp., with prejudice and with all parties responsible for their own fees and costs, waiving all rights of appeal.

Respectfully submitted,

NATHAN CARRELL

By His Attorney,

*/s/ John F. Skinner, III*
John F. Skinner, III, NHBN #19886
Skinner Law PLLC
530 Chestnut Street, 3rd Floor
Manchester, NH 03101
888-298-7394

GC SERVICES L.P., DLS ENTERPRISES, INC. AND GC FINANCIAL CORP.

By Their Attorneys,

*/s/ Ranen S. Schechner*
Geoffrey Coan, NHBN #16216
Ranen. S Schechner, *pro hac* counsel
Andrew M. Schneiderman, *pro hac* counsel
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
617-213-7000